**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
        ykrivoshey@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALCARAZ, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br>      v.<br><br>STUBHUB, INC.,<br><br>                                    Defendant. | Case No. 4:20-cv-02595-HSG<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING DEFENDANT'S RESPONSE TO THE COMPLAINT**<br><br>Courtroom:  2 –14th Floor<br>Judge:  Hon. Haywood S. Gilliam, Jr. |

1   Pursuant to Local Rule 6-1, Plaintiff Jason Alcaraz ("Plaintiff") and Defendant StubHub, Inc. ("Defendant") hereby stipulate as follows:

WHEREAS, Plaintiff filed his complaint on April 14, 2020;

WHERES, Defendant's response to the complaint was due on or before July 13, 2020;

WHEREAS, a motion to transfer this action to the Northern District of Illinois was filed with the United States Judicial Panel on Multidistrict Litigation (the "JPML") on May 29, 2020; and

WHEREAS, Plaintiff and Defendant have met and conferred and agreed, subject to the Court's approval, that Defendant does not need to respond to the complaint until after JPML rules on the motion to transfer.

NOW, THEREFORE, the parties stipulate as follows:

Subject to the Court's approval, Defendant does not need to respond to Plaintiff's complaint until after the JPML rules on the pending motion to transfer. Within 14 days after the JPML rules on the motion to transfer, the parties shall meet and confer regarding the date for Defendant's response to the complaint.

**IT IS SO STIPULATED.**

Dated: June 19, 2020         **BURSOR & FISHER, P.A.**

By:   */s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
           ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (SBN 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

| | |
|---|---|
| Dated: June 19, 2020 | **McDERMOTT WILL & EMERY LLP** |
| | By: ___/s/ William P. Donovan, Jr.___ |
| | William P. Donovan, Jr (SBN 155881)<br>wdonovan@mwe.com<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206<br>Telephone: 310 277 4110<br>Facsimile: 310 277 4730 |
| | *Attorneys for Defendant*<br>*STUBHUB, INC.* |

### ECF Signature Certification

Pursuant to Civil L.R. 5-1(i)(3), I hereby certify that the concurrence in the filing of this document has been obtained from each of the other signatories.

                                            ___/s/ L. Timothy Fisher___

**~~PROPOSED~~ ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

Defendant does not need to respond to Plaintiff's complaint until after the JPML rules on the pending motion to transfer. Within 14 days after the JPML rules on the motion to transfer, the parties shall meet and confer regarding the date for Defendant's response to the complaint.

Dated: 6/22/2020

*Haywood S. Gilliam, Jr.*
Haywood S Gilliam, Jr.
United States District Judge