**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
         ykrivoshey@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALCARAZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>STUBHUB, INC.,<br><br>Defendant. | Case No. 4:20-cv-02595-HSG<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING JULY 14, 2020 CASE MANAGEMENT CONFERENCE**<br><br>Courtroom: 2 –14th Floor<br>Judge:  Hon. Haywood S. Gilliam, Jr. |

1   Pursuant to Local Rule 6-1, Plaintiff Jason Alcaraz ("Plaintiff") and Defendant StubHub, Inc. ("Defendant") hereby stipulate as follows:

WHEREAS, Plaintiff filed his complaint on April 14, 2020;

WHEREAS, the Court set a case management conference for July 14, 2020 at 2:00 p.m. (Dkt. No. 9);

WHEREAS, a motion to transfer this action to the Northern District of Illinois was filed with the United States Judicial Panel on Multidistrict Litigation (the "JPML") on May 29, 2020;

WHEREAS, the JPML will hold a hearing on the motion to transfer on July 30, 2020; and

WHEREAS, Plaintiff and Defendant have met and conferred and agreed, subject to the Court's approval, that the July 14, 2020 case management conference should not go forward while the motion to transfer is pending before the JPML.

NOW, THEREFORE, the parties stipulate as follows:

Subject to the Court's approval, the July 14, 2020 case management conference is vacated.

**IT IS SO STIPULATED.**

Dated: July 7, 2020   **BURSOR & FISHER, P.A**.

By:   */s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
         ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (SBN 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

Dated: July 7, 2020

**McDERMOTT WILL & EMERY LLP**

By: _/s/ William P. Donovan, Jr._

William P. Donovan, Jr (SBN 155881)
wdonovan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: 310 277 4110
Facsimile: 310 277 4730

*Attorneys for Defendant*
*STUBHUB, INC.*

**ECF Signature Certification**

Pursuant to Civil L.R. 5-1(i)(3), I hereby certify that the concurrence in the filing of this document has been obtained from each of the other signatories.

_/s/ L. Timothy Fisher_

# ~~PROPOSED~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

The July 14, 2020 case management conference is vacated. The Court will re-schedule the initial case management conference after the JPML rules on the pending motion to transfer.

Dated: 7/8/2020

Haywood S Gilliam, Jr.
United States District Judge