UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALCARAZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STUBHUB, INC.,<br><br>　　　　　Defendant. | Case No. 20-cv-02595-HSG<br><br>**ORDER CONSOLIDATING RELATED ACTIONS AND TERMINATING AS MOOT PENDING MOTIONS** |
| MICHELLE KOPFMANN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STUBHUB, INC.,<br><br>　　　　　Defendant. | Case No. 20-cv-03025-HSG |
| STEPHANIE WOOD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STUBHUB, INC.,<br><br>　　　　　Defendant. | Case No. 20-cv-04125-HSG |

On August 6, 2020, the Judicial Panel on Multidistrict Litigation transferred several cases against StubHub for coordinated or consolidated pretrial proceedings with related actions already pending before this Court. *See In re: StubHub Refund Litigation*, Case No. 20-md-02951-HSG, Dkt. No. 1. The Court accordingly consolidates *Alcaraz v. StubHub, Inc.*, Case No. 4:20-02595 (N.D. Cal.), *Kopfmann v. StubHub, Inc.*, Case No. 4:20-03025 (N.D. Cal.), and *Wood v. StubHub, Inc.*, Case No. 4:20-4125 (N.D. Cal.), with *Reynolds v. StubHub*, Case No. 1:20-03508

(S.D.N.Y.), and *McMillan v. StubHub*, Case No. 3:20-0319 (W.D. Wis.), for pretrial purposes. The above-captioned MDL Class Action, *In re: StubHub Refund Litigation*, Case No. 20-md-02951-HSG, shall serve as the lead case.  The clerk is directed to administratively close the member cases, *Alcaraz v. StubHub, Inc.*, Case No. 4:20-02595, *Kopfmann v. StubHub, Inc.*, Case No. 4:20-03025, and *Wood v. StubHub, Inc.*, Case No. 4:20-4125.

All papers filed in the MDL Class Action shall be filed under Case No. 20-md-02951-HSG and bear the following caption:

| IN RE: STUBHUB REFUND LITIGATION | Case No. 20-md-02951-HSG |
|---|---|

The docket in Case No. 20-md-02951-HSG shall constitute the master docket for every action in the MDL Class Action.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear in the caption.  When a pleading applies to some, but not all, of the actions, the document shall list in the caption the case number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

The parties shall file an Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil L.R. 3-12 whenever a potential tag-along case that should be consolidated into this MDL Class Action is filed in, or transferred to, this District.  If the Court determines that the case should be related, the clerk shall:  (a) place a copy of this Order in the separate file for such action; (b) serve on plaintiff's counsel in the new case a copy of this Order; (c) direct that this Order be served upon defendants in the new case; and (d) make the appropriate entry in the master docket.

Moreover, in light of this Court's recent order granting the parties' joint proposed initial scheduling order, *see* Dkt. No. 3, the Court further **TERMINATES AS MOOT** Plaintiff Jason

Alcaraz's pending Motion to Appoint Interim Class Counsel, *see Alcaraz v. StubHub, Inc.*, Case No. 4:20-02595, Dkt. No. 11.

**IT IS SO ORDERED.**

Dated:   8/21/2020

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge